Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GORDON SCOTT STROH, <br><br> Plaintiff, <br><br> v. <br><br> SATURNA CAPITAL CORPORATION; NICHOLAS KAISER; and JANE CARTEN, <br><br> Defendants. | No. 2:16-cv-00283 TSZ <br><br> STIPULATION AND ORDER REGARDING SEARCH TERMS |

Plaintiff Gordon Scott Stroh ("Plaintiff") and Defendants Saturna Capital Corporation, Nicholas Kaiser, and Jane Carten (collectively, Defendants), by and through their undersigned counsel of record, hereby stipulate and agree that Defendants will apply the additional search terms listed below.  Unless otherwise noted below, these search terms will be applied for previously agreed upon custodians.

**Search Terms**

- (Yacub OR Yaqub OR Mirza OR Safa OR saar OR "heritage education" OR "Islamic education" OR "CAIR" OR "holy land" OR HLF OR Al-Rajhi) AND (AML OR terrorist OR SEC OR FBI OR Homeland OR CTF OR raid! OR seiz! OR suspicious OR SAR OR SAR-SF OR compliance OR "red flag!" OR extremist OR raid OR warrant OR affidavit OR Qaeda OR Hamas)

STIPULATION AND ORDER REGARDING SEARCH TERMS
(2:16-cv-00283-TSZ) — 1
DWT 31094197v1 0083307-000005

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

- "Moeed Salam"
- "Moeed Abdul Salam"
- (Monem OR Moeed OR Salam) AND (terroris! OR extermis! OR Qaeda OR investigat! OR violation OR U5 OR U-5)
- Limited to 11/1/11-3/31/12 for Kaiser, Carten and Stroh email: Monem AND (SSB OR "Kuala Lumpur" OR KL OR deputy OR president OR relocate)
- Limited to communications from Monem to Kaiser or Carten: (Stroh OR Compliance OR Legal OR Scott OR GSS)
- Limited to communications sent by Kaiser: AIMB or domini or ("merger value"~50) OR ("acquisition value"~50)
- Limited to communications sent by Kaiser or Carten: Strike OR dilution OR stiefel OR "10b-5" OR fraud OR "insider trading" OR "outside business" OR "OBA" OR "minimum investment" OR (boilerplate AND trust)
- Limited to communications sent by Kaiser or Carten: "FBI" OR "NSA" OR "CIA" OR examination OR examiner! OR regulat! OR violat! OR deficiency OR enforcement OR (fail!~10 Supervise) OR (fiduciary~10 duty) OR (conflict ~10 interest) OR legalese OR "4530"
- Limited to communications from "nkaiser@bloomberg.net," "nickkaiser@me.com," "janecarten@mac.com" and messages sent from Kaiser or Carten cell phones: Stroh OR Scott OR "gss" OR "CLO" OR "general counsel" OR legal OR compliance OR "CCO"
- Limited to communications sent by Kaiser or Carten: Consigliere OR whistleblow! OR tattletale! OR tattle-tale! OR spy OR spies

**Specific Rules**

1. Search terms containing acronyms will be run in a manner to only pick up the acronym, they will not be run to pick up words containing various combinations of the acronym letters listed.

STIPULATION AND ORDER REGARDING SEARCH TERMS
(2:16-cv-00283-TSZ) — 2
DWT 31094197v1 0083307-000005

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

2.   Plaintiff reserves the right to request a term that includes "monem and compliance" within 14 days of receipt of the SEC Exam reports.

3.   The parties agree to exclude Twitter messages from production.

4.   Defendants will produce responsive AML documents unless their production would violate the Bank Secrecy Act.

IT IS SO STIPULATED.

LANE POWELL PC

By: /s/ Christopher B. Wells (per authority)
Christopher B. Wells, WSBA #08302
1420 Fifth Avenue, Suite 4200
Seattle, WA  98111-9402
Telephone (206) 223-7000
Facsimile: (206) 223-7107
Email:  wellsc@lanepowell.com

ATTORNEYS FOR PLAINTIFF
GORDON SCOTT STROH

Davis Wright Tremaine LLP

By /s/ Samantha Funk
Jeffrey B. Coopersmith, WSBA #30954
Brendan Mangan, WSBA #17231
Samantha Funk, WSBA #43341
Max Hensley, WSBA #47030
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: jeffcoopersmith@dwt.com
brendanmangan@dwt.com
samanthafunk@dwt.com
maxhensley@dwt.com

ATTORNEYS FOR DEFENDANTS
SATURNA CAPITAL CORPORATION,
NICHOLAS KAISER, AND JANE CARTEN

STIPULATION AND ORDER REGARDING SEARCH TERMS
(2:16-cv-00283-TSZ) — 3
DWT 31094197v1 0083307-000005

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

**<u>ORDER</u>**

The parties' stipulation is APPROVED. The deferred portions of plaintiff's motions to compel, docket nos. 58 and 74, are STRICKEN as moot.

IT IS SO ORDERED.

DATED: January 17, 2017.

_____
Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER REGARDING SEARCH TERMS
(2:16-cv-00283-TSZ) — 4
DWT 31094197v1 0083307-000005

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700