Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GORDON SCOTT STROH, | ) |
| Plaintiff, | ) No. 2:16-cv-00283 TSZ |
| v. | ) STIPULATION AND ORDER REGARDING EXPERT DISCLOSURES |
| SATURNA CAPITAL CORPORATION; NICHOLAS KAISER; and JANE CARTEN, | ) |
| Defendants. | ) |

**STIPULATION**

The deadline for the parties to make expert disclosures in this matter, pursuant to Rule 26, Fed.R.Civ.P., is Monday, January 23, 2017.  An expert retained by defendants has been required to travel to Nebraska on short notice, to attend to a family member's grave illness. Accordingly, the parties stipulate and agree to extend the expert disclosure deadline by two days—to January 25, 2017.

/

/

/

/

/

STIPULATION TO EXTEND (2:16-cv-00283-TSZ) — 1
DWT 31142380v1 0083307-000005

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Dated this 23rd day of January, 2017.

| | |
|---|---|
| LANE POWELL PC | DAVIS WRIGHT TREMAINE LLP |
| By: */s/  Christopher B. Wells (per authority)*<br>Christopher B. Wells, WSBA #08302<br>1420 Fifth Avenue, Suite 4200<br>Seattle, WA  98111-9402<br>Telephone (206) 223-7000<br>Facsimile: (206) 223-7107<br>Email:  wellsc@lanepowell.com<br><br>ATTORNEYS FOR PLAINTIFF | By: */s/  Brendan T. Mangan*<br>Jeffrey B. Coopersmith, WSBA #30954<br>Brendan T. Mangan, WSBA #17231<br>Samantha Funk, WSBA #43341<br>Max Hensley, WSBA #47030<br>1201 Third Avenue, Suite 2200<br>Seattle, WA  98101-3045<br>Telephone: (206) 622-3150<br>Fax: (206) 757-7700<br>E-mail: jeffcoopersmith@dwt.com<br>         samanthafunk@dwt.com<br>         maxhensley@dwt.com<br><br>ATTORNEYS FOR DEFENDANTS |

**ORDER**

IT IS SO ORDERED.

DATED this 25th day of January, 2017.

_____
Thomas S. Zilly
United States District Judge

STIPULATION TO EXTEND (2:16-cv-00283-TSZ) — 2
DWT 31142380v1 0083307-000005

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700