UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GORDON SCOTT STROH,

Plaintiff,

v.

SATURNA CAPITAL
CORPORATION, et al.,

Defendants.

C16-283 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Pursuant to the parties' stipulation, docket no. 96, any dispositive motion remains due on March 30, 2017, but it shall be noted for the fifth Friday after filing (*i.e.*, April 28, 2017), with any response due on the Friday before the noting date (*i.e.*, April 21, 2017) and any reply due on the noting date.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of March, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1