UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GORDON SCOTT STROH,

    Plaintiff,

v.

SATURNA CAPITAL CORPORATION, et al.,

    Defendants.

C16-283 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Defendants' motion to seal, docket no. 98, is GRANTED. Exhibit A to the Declaration of Brendan T. Mangan, docket no. 102, shall remain under seal.

(2)     Plaintiff's motion to seal, docket no. 104, is DENIED in part, DEFERRED in part, and RENOTED to May 12, 2017. Plaintiff's counsel apparently intended to file Exhibits C, I, O, AJ, AQ, BB, BC, BF, BG, BH, and BK to the Declaration of Christopher B. Wells ("Wells Declaration"), docket no. 107-1, under seal, but failed to do so,[1] and instead filed all other exhibits to the Wells Declaration under seal, *see* docket no. 108. As to Exhibits C, BB, BC, BF, BG, and BH to the Wells Declaration, which either provide the same criminal history information as, or consist of e-mails duplicative of, Exhibits C, N, O, P, and Q to the Declaration of Jane Carten, docket no. 100, which were not filed under seal, plaintiff's motion to seal is DENIED. Plaintiff's motion to seal

---

[1] Exhibits C, I, O, AJ, AQ, BB, BC, BF, BG, BH, and BK were available to the public from April 21, 2017, when they were electronically filed, until May 1, 2017, when counsel's filing error was discovered by the Court and the documents were sealed by the Clerk. The parties are advised that, during such period, the documents were uploaded by private websites unrelated to and outside the control of the Court, and they appear to now be available to the public for a fee. *See*, *e.g.*, www.pacermonitor.com; www.law360.com.

MINUTE ORDER - 1

is otherwise DEFERRED.  Although Exhibit O to the Wells Declaration is described as the expert report of Mary Curran, the document actually filed is a memorandum by plaintiff titled "Keith Baldwin call," bearing bates number STROH 000495.  Exhibit BK is the expert report of Mark R. Newton, CPA.  Plaintiff has not explained why either expert report, even if both had been provided, should be sealed.  As to Exhibits I, AJ, and AQ, plaintiff's motion merely refers for support to defendants' unrelated motion to seal, docket no. 98.  If any party wishes to keep Exhibits I, O, AJ, AQ, or BK to the Wells Declaration under seal, such party shall file an explanatory brief, not to exceed five (5) pages in length, by May 12, 2017.  In addition, the parties are DIRECTED to show cause by May 12, 2017, why Exhibits A, B, D-H, J-N, P-AI, AK-AP, AR-BA, BD-BE, and BI-BJ to the Wells Declaration, docket no. 108, should not be unsealed.  Unless the brief and show cause response required in this paragraph are timely submitted, all exhibits to the Wells Declaration, docket nos. 107-1 and 108, will be unsealed.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of May, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2