UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GORDON SCOTT STROH,

        Plaintiff,

  v.

SATURNA CAPITAL CORPORATION, et al.,

        Defendants.

C16-283 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion for summary judgment, docket no. 99, is DENIED. The Court is persuaded that genuine disputes of material fact exist concerning whether plaintiff resigned or was fired or constructively discharged, whether plaintiff's separation from Saturna Capital Corporation was causally related to any protected activities, and whether any after-acquired evidence might affect plaintiff's damages. Such disputes preclude summary judgment. *See* Fed. R. Civ. P. 56(a).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of May, 2017.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 1