UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GORDON SCOTT STROH,

    Plaintiff,

v.

SATURNA CAPITAL CORPORATION, et al.,

    Defendants.

C16-283 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion to seal, docket no. 120, is GRANTED, and Exhibit 4 to the Declaration of Max Hensley, docket no. 121, shall remain under seal.

(2) Plaintiff's motion to seal, docket no. 124, is DENIED in part and GRANTED in part, as follows. Plaintiff's counsel's request that the Court identify which documents he has filed under seal, parse through them to determine which ones should remain under seal, and "repeat" the language of the Minute Order entered May 2, 2017, docket no. 114, is DENIED. Plaintiff's counsel had a responsibility to, but failed to, specifically enumerate, in his motion to seal, the documents that were being filed under seal. The Court will not undertake such efforts or require defendants to do so. All papers filed in docket nos. 127, 127-1, 127-2, 127-3, 127-4, and 127-5 shall remain under seal.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of May, 2017.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1