The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GORDON SCOTT STROH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SATURNA CAPITAL CORPORATION; NICHOLAS KAISER; and JANE CARTEN,<br><br>　　　　　Defendants. | No. 2:16-cv-00283<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFF'S THIRD AND FIFTH CAUSES OF ACTION WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff GORDON SCOTT STROH and Defendants SATURNA CAPITAL CORPORATION, NICHOLAS KAISER, and JANE CARTEN, hereby stipulate that Plaintiff's Third Cause of Action (Wrongful Discharge in Violation of Public Policy); Fifth Cause of Action (Constructive Discharge); and any claims for emotional distress damages, shall be dismissed with prejudice and without costs or attorney fees to any party.

STIPULATION OF DISMISSAL WITH PREJUDICE
2:16-cv-00283

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

DATED this 24th day of May, 2017.

                Lane Powell PC
                *Attorneys for Plaintiff*

By _/s/ C. Wells_
Christopher B. Wells, WSBA #08302
Claire Loebs Davis, WSBA #39812
1420 Fifth Ave, Ste. 4200
Seattle, WA 98101
Telephone: (206) 223-7000
Email: wellsc@lanepowell.com
       davisc@lanepowell.com


Davis Wright Tremaine LLP
*Attorneys for Defendants*

By _/s/_
Jeffrey B. Coopersmith, WSBA #30954
Brendan T. Mangan, WSBA #17231
1201 Third Avenue, Suite 2200 Seattle, WA 98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: jeffcoopersmith@dwt.com
       brendanmangan@dwt.com

---

STIPULATION OF DISMISSAL WITH PREJUDICE
2:16-cv-00283

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2017, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Christopher Brian Wells  wellsc@lanepowell.com, docketing-sea@lanepowell.com, gabua@lanepowell.com
>
>Claire Loebs Davis  davisc@lanepowell.com

and I hereby certify that a copy was mailed by United States Postal Service to the following non-CM/ECF participants.

>N/A

DATED this 24th day of May, 2017.

s/Brendan T. Mangan
Brendan T. Mangan

STIPULATION OF DISMISSAL WITH PREJUDICE
2:16-cv-00283

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax