UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GORDON SCOTT STROH,

        Plaintiff,

  v.

SATURNA CAPITAL CORPORATION, et al.,

        Defendants.

C16-283 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The hearing concerning motions in limine scheduled for June 2, 2017, at 9:00 a.m., is STRICKEN. Counsel shall instead be prepared to address any pending motions in limine at the Pretrial Conference scheduled for June 9, 2017, at 10:00 a.m.

(2) In response to plaintiff's motions in limine, defendants for the first time raise arguments concerning the scope of protection afforded by the Sarbanes-Oxley Act of 2002 and the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010. *See* Defs.' Resp. at § VI (docket no. 133). By 9:00 a.m. on Tuesday, June 6, 2017, plaintiff shall file a supplemental brief, not to exceed twelve (12) pages in length, addressing such issues. Also by 9:00 a.m. on Tuesday, June 6, 2017, defendants shall file a supplemental brief, not to exceed three (3) pages in length, addressing why they did not present these issues earlier and why they failed to file their response to plaintiff's motions in limine and supporting materials under seal as directed by the Court. *See* Minutes (docket no. 132). No further briefs on these subjects shall be filed unless requested by the Court.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of May, 2017.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1