UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GORDON SCOTT STROH,

    Plaintiff,

v.

SATURNA CAPITAL CORPORATION, et al.,

    Defendants.

C16-283 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' objections to portions of the video deposition testimony of plaintiff's witness, Kenneth Cain, attached as Addendum A to the Joint Proposed Pretrial Order, docket no. 138, and Addendum A to the Praecipe, docket no. 145, are SUSTAINED in part and OVERRULED in part as follows:

    (a) Defendants' objections are SUSTAINED as to:

        Page 21, lines 14-25;

        Page 22, lines 1-15;

        Page 50, lines 8-25;

        Page 51, lines 1-4;

        Page 56, lines 16-25;

        Page 57, lines 1-15;

MINUTE ORDER - 1

Page 59, line 5 beginning at "I do…" through line 25;

Page 60, lines 1-25; and

Page 61, lines 1-5.

    (b)    Except as sustained, defendants' objections are OVERRULED.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of June, 2017.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

MINUTE ORDER - 2