1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GORDON SCOTT STROH,

          Plaintiff,

  v.

SATURNA CAPITAL
CORPORATION, et al.,

          Defendants.

C16-283 TSZ

ORDER

It is the ORDER of the Court that the jury in this case be committed to the custody of a duly sworn bailiff or bailiffs; and

It is FURTHER ORDERED that the Clerk, U.S. District Court, pay for the meals of said jurors at the expense of the United States Courts.

IT IS SO ORDERED.

Dated this 26th day of June, 2017.

Thomas S. Zilly
United States District Judge