01

02

03

04

05

06

07

08

09

10

11

12

13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GORDON SCOTT STROH,                    )
                                        )
              Plaintiff,                )    NO. C16-283Z
                                        )
      v.                                )
                                        )    VERDICT
SATURNA CAPITAL CORPORATION;           )
NICHOLAS KAISER; AND JANE CARTEN,      )
                                        )
              Defendants.               )
_____ )

14    We, the jury, answer the questions submitted by the Court as follows:

15    Question No. 1

16

17    Do you find that plaintiff was terminated?

18    Answer:     Yes __✓__    No _____

19

20    **If your answer to Question No. 1 is "Yes," then proceed to Question No. 2.   If your**

21    **answer to Question No. 1 is "No," then sign and date the Verdict form.**

22

VERDICT - 1

01  Question No. 2

02  Do you find for plaintiff on his first claim for retaliatory discharge in violation of the SOX

03  Act?

04  Answer:      Yes _____    No __✓___

05

06

    Question No. 3

07

    Do you find for plaintiff on his second claim for retaliatory discharge in violation of the

08

    Dodd-Frank Act?

09

10  Answer:      Yes _____    No __✓___

11

12  **If your answer to Question No. 2 and/or Question No. 3 is "Yes," then proceed to**

13  **Question No. 4.   If your answer to both Question No. 2 and Question No. 3 is "No," then**

14  **sign and date the Verdict form.**

15

16  Question No. 4

17  Do you find that defendants proved by a preponderance of the evidence that they would

18  have discharged Stroh based on after-acquired evidence?

19  Answer:      Yes _____    No _____

20

21

22

VERDICT - 2

01

<u>Question No. 5</u>

02

What amount of damages, if any, do you award to Stroh?

03

<u>Answer</u>:    Lost Earnings, Bonuses,

04              Benefits, and Stock Options
              to the Present              $ _____

05

              Lost Earnings, Bonuses,
06            Benefits, and Stock Options
              in the Future              $ _____

07

08

09

10

DATED this 28 day of Jun _____, 2017.

11

12

13            ████████████████████

14            Presiding Juror

15

16

17

18

19

20

21

22

VERDICT - 3