# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| GORDON SCOTT STROH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SATURNA CAPITAL CORPORATION; NICHOLAS KAISER; and JANE CARTEN,<br><br>　　　　　　Defendants. | JUDGMENT IN<br>A CIVIL CASE<br><br>CASE NO. C16-283 TSZ |

__X__　**Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____　**Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The jury having found against plaintiff on his claims for retaliatory discharge pursuant to the Sarbanes-Oxley Act of 2002 and the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010, such claims are DISMISSED with prejudice, and judgment is ENTERED against plaintiff and in favor of defendants Saturna Capital Corporation, Nicholas Kaiser, and Jane Carten.

Dated this 29th day of June, 2017.


　　　　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　	　　　　　　　　　　　　　　　Deputy Clerk