THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| GORDON SCOTT STROH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:16-cv-00283 |
| | ) | |
| SATURNA CAPITAL CORPORATION; | ) | NOTICE OF APPEAL |
| NICHOLAS KAISER and DEBORAH | ) | |
| KAISER; JANE CARTEN and TERRENCE | ) | |
| CARTEN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Notice is hereby given that Gordon Scott Stroh, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on June 29, 2017 (Dkt. No. 195), together with the jury verdict and all interlocutory orders and rulings giving rise to that judgment.  This appeal is timely filed under Federal Rules of Appellate Procedure 4(a)(1)(A).

Pursuant to FRAP 12(b) and Circuit Rule 3-2, a Representation Statement is attached. Plaintiff-Appellant is in the process of retaining separate appellate counsel and, as such, a substitution of counsel is expected to follow.

//

//

//

NOTICE OF APPEAL
CASE NO. 2:16-cv-00283-TSZ - 1

128565.0001/7026724.1

DATED:  July 26, 2017

LANE POWELL PC

By      *s/Christopher B. Wells*
        Christopher B. Wells, WSBA No. 08302
        1420 5th Avenue, Suite 4200
        Seattle, WA 98111
        Telephone: 206.223.7000
        Facsimile: 206.223.7084
        E-mail: wellsc@lanepowell.com

By      *s/Claire Loebs Davis*
        Claire Loebs Davis, WSBA No. 39812
        1420 5th Avenue, Suite 4200
        Seattle, WA 98111
        Telephone: 206.223.7000
        Facsimile: 206.223.7107
        E-mail: davisc@lanepowell.com

*Attorneys for Plaintiff Gordon Scott Stroh*

NOTICE OF APPEAL
CASE NO. 2:16-cv-00283-TSZ - 2

128565.0001/7026724.1

**CERTIFICATE OF SERVICE**

Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 26th day of July, 2017, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system.   In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Attorneys for Defendants:
DAVIS WRIGHT TREMAINE, LLP
Jeffrey B. Coopersmith, jeffcoopersmith@dwt.com
Brendan T. Managan, BrendanMangan@dwt.com
Max B. Hensley, MaxHensley@dwt.com
Rachel Herd, rachelherd@dwt.com
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Tel: (206) 622-3150
Fax: (206) 757-7700

Executed on the 26th day of July, 2017, at Seattle, Washington.

*s/ Ann Gabu*
Ann Gabu, Legal Assistant

NOTICE OF APPEAL
CASE NO. 2:16-cv-00283-TSZ - 3

128565.0001/7026724.1