**FILED**

**AUG 22 2017**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GORDON SCOTT STROH,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>SATURNA CAPITAL CORPORATION,<br><br>        Defendant-Appellee. | No.   17-35607<br><br>D.C. No. 2:16-cv-00283-TSZ<br>Western District of Washington,<br>Seattle<br><br>ORDER |

      The unopposed motion (Docket Entry No. 5) of Christopher B. Wells, Esq., Claire Davis and Jonathan Bashford of Lane Powell PC to withdraw as counsel of record for appellant is granted.

      The Clerk will amend the docket to reflect that appellant, Gordon Scott Stroh is proceeding pro se and that his address is:

      263 Friday Creek Road,

      Bellingham, WA 98229-9331

      A copy of this order, along with the pro se case opening packet will be provided to appellant at the address listed above.

      Appellant's motion (Docket Entry No. 6) for an extension of time to designate the transcripts is granted.

SM/Pro Mo/8/14/2017

The previously established briefing schedule is amended as follows: the transcripts shall be ordered by September 8, 2017; the transcripts are due October 9, 2017; the opening brief is due November 20, 2017; the answering brief is due December 20, 2017; the optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Samantha Miller
Deputy Clerk
Ninth Circuit Rule 27-7