UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| GORDON SCOTT STROH, | ) | |
| | ) | Appeal No. 17-35607 |
| Plaintiff, | ) | No. 2:16-CV-00283-TSZ |
| | ) | |
| | ) | |
| vs. | ) | Seattle, WA |
| | ) | |
| SATURNA CAPITAL | ) | |
| CORPORATION, NICK KAISER and | ) | |
| JANE CARTEN, | ) | |
| | ) | Jury Trial - Day 9 (Verdict) |
| Defendants. | ) | June 28, 2017 |

VERBATIM REPORT OF PROCEEDINGS
BEFORE THE HONORABLE JUDGE THOMAS S. ZILLY
UNITED STATES DISTRICT COURT

APPEARANCES:

FOR THE PLAINTIFF: CHRISTOPHER BRIAN WELLS
Lane Powell PC
1420 Fifth Avenue Suite 4200
Seattle, WA 98101
wellsc@lanepowell.com

CLAIRE LOEBS DAVIS
Lane Powell PC
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101-2338
davisc@lanepowell.com

FOR THE DEFENDANTS: JEFFREY B. COOPERSMITH
Davis Wright Tremaine
1201 Third Avenue, Suite 2200
Seattle, WA 98101
jeffcoopersmith@dwt.com

BRENDAN THOMAS MANGAN
Davis Wright Tremaine
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
brendanmangan@dwt.com

RACHEL H. HERD
Davis Wright Tremaine
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
rachelherd@dwt.com

MAX BAMBERGER HENSLEY
Davis Wright Tremaine
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
maxhensley@dwt.com

Andrea Ramirez, CRR, RPR
Official Court Reporter
United States District Court
Western District of Washington
700 Stewart Street, Suite 17205
Seattle, WA 98101
andrea_ramirez@wawd.uscourts.gov

Reported by stenotype, transcribed by computer

THE COURT: The jury has informed us they have a verdict. Let's bring in the jury.

(Jury enters the courtroom)

THE COURT: Let me address the presiding juror. I think it's Ms. Petrilli?

JUROR: Petrilli.

THE COURT: Has the jury reached a unanimous verdict?

JUROR: We have.

THE COURT: And have you filled out the verdict form, dated it, and signed it?

JUROR: Yes.

THE COURT: Would you hand it to the clerk, please?

THE CLERK: Thank you.

THE COURT: I'm going to read the verdict, and then I'm going to poll the jury by asking each of you whether it's your individual verdict and unanimous verdict of the jury.

Question Number 1: Do you find that plaintiff was terminated?

Answer: Yes.

Question 2: Do you find for plaintiff on his first claim for retaliatory discharge, in violation of the SOX Act?

Answer: No.

Question 3: Do you find for plaintiff on his second claim for retaliatory discharge, in violation of the Dodd-Frank Act?

Answer: No.

Dated this 28th day of June, signed by the presiding juror.

Mr. Benson, is this your individual -- you don't have to get up -- your individual verdict and the unanimous verdict of the jury?

JUROR: It was, Your Honor.

THE COURT: Ms. Pearson, is this your individual verdict and the unanimous verdict of the jury?

JUROR: It is.

THE COURT: Ms. Petrilli, is this your individual verdict and the unanimous verdict of the jury?

JUROR: Yes.

THE COURT: Ms. Fontes, is this your individual verdict and the unanimous verdict of the jury?

JUROR: Yes, Your Honor.

THE COURT: Ms. Kaufer, is this your individual verdict and the unanimous verdict of the jury?

JUROR: Yes, Your Honor.

THE COURT: Ms. Almo, is this your individual verdict and the unanimous verdict of the jury?

JUROR: Yes.

THE COURT: Ms. Ward, is this your individual verdict and the unanimous verdict of the jury?

JUROR: Yes.

THE COURT: Ms. Karmil, is this your individual

verdict and the unanimous verdict of the jury?

JUROR: Yes.

THE COURT: The Court accepts the verdict. It will be filed.

It's time now to tell you, as jurors, thank you very much, from both sides, for being able to come in and participate in the trial and decide the case. It's hard work being jurors, and we appreciate all of the hard work of all of you.

You're now discharged from your duties as jurors. I will be pleased to meet with you, briefly, in chambers, and talk about the case, but I won't talk about how you arrived at your verdict.

A couple of cautions and instructions to you, ongoing. First, during the trial, there have been some matters discussed where attorney advice was given to the defendant. I told the jury, when we picked you, that you should honor that confidentiality, and not discuss particular specific advice. Other than that, you can talk about the case with whomever you wish, except that I instruct you not to talk about the case with the lawyers or any party representing the lawyers.

And finally, during your deliberations, I'm sure there were things said which were said in a way that you felt it would be confidential amongst the jury. And to the extent those things were said, I think you should think about honoring that, essentially, privilege that went on while you talked

about the case. But other than that, you're free to talk about the case with whomever you wish, as long as you wish.

Again, thank you for your duties. You will need to go -- Madam Clerk, do they have to go down? When I get through talking with you, you'll need to go down to the jury coordinator and tell them that you've been excused. If you are wishing to leave immediately, you're free to do that.

Leave your notes in the jury room. They'll be picked up by Madam Clerk and destroyed, without anyone looking at them. You're welcome to take those instructions home, if you wish; or if not, just leave them in there.

Thank you, again, ladies and gentlemen. You're excused now, and have a pleasant evening, if I don't see you in chambers.

Please rise for the jury.

(Jury exits the courtroom)

THE COURT: We'll enter a judgment tomorrow in accordance with the verdict.

But, Mr. Wells, I think you can tell your client you presented a good case, and you got your issues presented. And you have to, I think, now live with the verdict. Obviously, you can appeal, if you wish. That's your choice.

Any questions?

MR. COOPERSMITH: No, Your Honor. Thank you.

MR. WELLS: No, Your Honor. Thank you.

THE COURT: Have a nice day. We'll be in recess.

(Adjourned)

(End of requested transcript)

* * *

I certify that the foregoing is a correct transcript from the record of proceedings in the above matter.

Date: 6/28/17 Andrea Ramirez

______________________________

Signature of Court Reporter