1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GORDON SCOTT STROH,

                        Plaintiff,

        v.

SATURNA CAPITAL
CORPORATION, et al.,

                        Defendants.

C16-283 TSZ

MINUTE ORDER

12     The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

13
14
15
16

        (1)     Defendants' motion for redaction, docket no. 216, is GRANTED as
follows. The unredacted versions of the transcripts of the hearing on January 13, 2017,
docket no. 204, and the pretrial conference on June 9, 2017, docket no. 163, shall remain
under seal. Redacted versions of such transcripts, omitting the portions designated by
defendants (7:13-24 & 10:6-22 of docket no. 204, and 31:22-33:22 of docket no. 163),
shall be filed on or after the dates set for release of any restriction on such transcripts.

17     (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record and to Court Reporters Debbie Zurn and Andrea Ramirez.

18     Dated this 25th day of October, 2017.

19
20                                              William M. McCool
                                                Clerk

21                                              s/Karen Dews
                                                Deputy Clerk

22
23

MINUTE ORDER - 1