# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

GORDON SCOTT STROH,

    Plaintiff,

v.

SATURNA CAPITAL CORPORATION, et al.,

    Defendants.

C16-283 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion for redaction, docket no. 219, is GRANTED in part and DENIED in part. To the extent that defendants seek to redact colloquies between the Court and counsel conducted, or offers of proof made, outside the presence of the jury, regarding matters about which defendants claim an attorney-client privilege, the motion is GRANTED. To the extent that defendants seek to redact the testimony of witnesses or statements of attorneys heard by the jury during the course of trial, defendants' motion is DENIED. Redacted versions of trial transcripts, omitting the portions designated below, shall be filed on or after the dates set for release of any restriction on such transcripts. The following excerpts shall be redacted:

<u>Day 1 (June 16, 2017)</u>
108:22-109:18
111:16-21
112:5-12

<u>Day 2 (June 19, 2017)</u>
406:9-24
407:17-408:1
410:25-411:1
411:6-9
413:5-414:2

MINUTE ORDER - 1

Day 7 (June 26, 2017)
1291:20-1292:7

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Court Reporter Andrea Ramirez.

Dated this 21st day of November, 2017.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk