# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

GORDON SCOTT STROH,

    Plaintiff,

v.

SATURNA CAPITAL CORPORATION, et al.,

    Defendants.

C16-283 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendants' motion for reconsideration, docket no. 222, is RENOTED to December 22, 2017. Any response, not to exceed five (5) pages in length, shall be filed by December 18, 2017. <u>See</u> Local Civil Rule 7(h)(3). Any reply, not to exceed two (2) pages in length, shall be filed by the noting date.

(2)    The trial transcripts, docket nos. 206-214, shall remain under seal until further order of the Court.

(3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Court Reporter Andrea Ramirez.

Dated this 6th day of December, 2017.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1