# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

GORDON SCOTT STROH,

    Plaintiff,

v.

SATURNA CAPITAL CORPORATION, et al.,

    Defendants.

C16-283 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion for reconsideration, docket no. 222, is DENIED. The Court concludes that all evidence provided during the trial in the presence of the jury was not protected by the attorney-client privilege.

(2) The date for release of transcript restriction for Days 1-7 of trial (June 16 – 26, 2017) is RESET to February 16, 2017. The transcripts for Days 8 & 9 (June 27 & 28, 2017), as to which defendants have proposed no redaction, may be released immediately.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Court Reporter Andrea Ramirez.

Dated this 30th day of January, 2018.

          William M. McCool
          Clerk

          s/Karen Dews
          Deputy Clerk

MINUTE ORDER - 1