FILED

FEB 1 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GORDON SCOTT STROH,<br><br>    Plaintiff-Appellant,<br><br>  v.<br><br>SATURNA CAPITAL CORPORATION,<br><br>    Defendant-Appellee. | No.   17-35607<br><br>D.C. No. 2:16-cv-00283-TSZ<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: GRABER, McKEOWN, and CHRISTEN, Circuit Judges.

The panel has voted to deny the petition for panel rehearing.

The full court has been advised of the petition for rehearing and rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for panel rehearing and the petition for rehearing en banc are denied.